*Mr. Levy's sentencing is adjourned to 5/14/25 at 2:30 p.m. His sentencing submission is due 4/30/25, and the Government's is due 5/7/25. Please send one hard copy to chambers. Further adjournments are unlikely.*

1/30/25   SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

January 29, 2025

Hon. Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Howard Levy</u>
23 Cr. 662 (CS)

Dear Judge Seibel:

This is an unopposed application for a continuance of the sentencing date currently scheduled for March 13, 2025 for sixty days or to some later date convenient to the Court.

As part of the plea agreement, Mr. Levy agreed to sell three pieces of real property, two of which are jointly owned by him and his ex-wife. Since the guilty plea was entered, Mr. Levy had to evict tenants and perform costly repairs to the properties. One of the jointly-owned properties has been sold. On January 23, 2025, Mr. Levy received his half of the net payment. His ex-wife will hopefully provide him with her half of the proceeds so he can send the entire amount (in excess of $150,000) to the U.S. Marshals Service.[1] The other two properties have been listed for sale, but no offers have yet been made.

We hope, but cannot guarantee, that these properties can be sold by May 2025. In any event, Mr. Levy believes they cannot be sold by March 13, 2025. The parties agree that it will be more efficient for Mr. Levy to sell these properties than it would be for the government to accomplish that task after sentencing.

Very truly yours,

/s/ Richard D. Willstatter
RICHARD D. WILLSTATTER

---

[1] The ex-wife signed a proposed Consent Order of Forfeiture, but it was not entered because the total amount of forfeiture had to be lowered from $801,076.67 to $785,008.27.